# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 6:08-CR-93-1 |
| | § | |
| BARRY GRIFFIN | § | |

## ORDER ON REVOCATION OF SUPERVISED RELEASE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties waived objections to the Report and Recommendations.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 29th day of November, 2012.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE